■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBBIE RAMSINGH, Appellant. [700 NYS2d 736] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered March 21, 1997, convicting him of rape in the first degree and robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

It is well established that a guilty plea will be upheld as valid if it was entered into voluntarily, knowingly, and intelligently (*see, People v Fiumefreddo,* 82 NY2d 536; *People v Moissett,* 76 NY2d 909; *People v Harris,* 61 NY2d 9). Similarly

well settled is the principle that the determination of whether to allow a defendant to withdraw a guilty plea is a matter that rests within the sound discretion of the trial court (*see,* CPL 220.60 [3]; *People v McGriff,* 216 AD2d 330; *People v Ochoa,* 179 AD2d 689; *People v Rivera,* 177 AD2d 664).

The record fully supports the conclusion that the defendant voluntarily pleaded guilty with a full understanding of the consequences attendant thereto (*see, People v Dunlop,* 228 AD2d 692; *People v Guerrone,* 208 AD2d 383). Accordingly, the court did not improvidently exercise its discretion in denying his motion to withdraw the plea.

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., Ritter, Santucci and Florio, JJ., concur.